**THIS ORDER IS APPROVED.**

**Dated: June 16, 2010**



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

Kathryn L. Johnson (#19150)
Law Office of Kathryn L. Johnson, PLC
2 E. Congress Street, Suite 900
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| RALPH F. GARCIA, | ) | Case No. 4:09-bk-33587-JMM |
| DIANE M. GARCIA, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| RALPH F. GARCIA, | ) | Adversary Proceeding |
| DIANE M. GARCIA, | ) | Case no.: 4:10-ap-00069-JMM |
| | ) | |
| Plaintiffs, | ) | ORDER APPROVING |
| HUGHES FEDERAL CREDIT UNION, | ) | STIPULATION TO DETERMINE |
| | ) | THE EXTENT AND VALIDITY |
| Defendant. | ) | OF BAC HOME LOANS LIEN |
| _____ | ) | |
| | ) | |

This matter having come before the Court, and the parties having entered a Stipulation to Determine the Extent and Validity of Hughes Federal Credit Union's Lien,

IT IS ORDERED approving the Stipulation to Determine the Extent and Validity of Hughes Federal Credit Union's lien, attached hereto as Exhibit 1.